**Lorenzo GRIER, Plaintiff–Appellant,**

v.

**DAYS INN, Defendant–Appellee.**

**No. 00–2308.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 27, 2001.

Lorenzo Grier, pro se. Leslie Sue McAdoo–Brobson, Holland & Knight, Washington, DC, for appellee.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Lorenzo Grier appeals the district court's order dismissing his suit. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Grier v. Days Inn*, No. CA–00–1281–A (E.D.Va. filed Sept. 8, 2000; entered Sept. 11, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*